USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| V.P., individually and on behalf of L.D. a minor,<br><br>Plaintiff,<br><br>-against-<br><br>CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK dba THE NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>Defendant. | 1:24-cv-08513-MKV<br><br>ORDER OF<br><br>DISMISSAL |

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter from Defendant that the parties have reached a settlement in principle. [ECF No. 12]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by June 9, 2025. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

**Date: May 9, 2025**
**New York, NY**

*[signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**